UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NICK S. HULBERT and TRACEY HULBERT, | ) | |
| Plaintiffs, | ) ) ) | |
| vs | ) ) | No.: 14 CV 50320 |
| SCHUSTER COMPANY and THOMAS LYLE, KRAMER, | ) ) ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS

Comes now Plaintiffs, Nick S. Hulbert and Tracey Hulbert, who hereby agree that this action should be dismissed with prejudice. Each party to pay its own costs.

/s
Timothy S. Mahoney

### ORDER

This matter came before the Court on the parties' stipulation for dismissal,

IT IS THEREFORE ORDERED that this matter be dismissed with prejudice, each party to pay its own costs.

Judge Johnston



Timothy Mahoney
Attorney for Plaintiff
Mahoney & Mahoney, LLC
50 W. Douglas St. Suite 300, Freeport, IL 61032
(815) 656-4600

tim@mahoneymahoney.com